**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DALE MILLER and JOHN F. BARTON, JR., on
Behalf of themselves and all others similarly
Situated,

                Plaintiffs,

-against-                             17 **CIVIL** 7284 (AT)

                                    **JUDGMENT**

METROPLOITAN LIFE INSURANCE
COMPANY, a New York Corporation; and
DOES 1-10, inclusive,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 17, 2019, MetLife's motion to dismiss Plaintiffs' claims is granted; accordingly, this case is closed.

**Dated:** New York, New York
         September 17, 2019

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                                      BY:
                                                  Deputy Clerk

                                            THIS DOCUMENT WAS ENTERED
                                            ON THE DOCKET ON 9/17/2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2019